EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Juan Carlos Grau Díaz | 2002 TSPR 9<br><br>156 DPR \_\_\_\_ |

Número del Caso: TS-8527


Fecha: 18/enero/2002


Oficina del Procurador General:
                    Lcdo. Miguel A. Santana Bagur
                    Procurador General Auxiliar


Abogado de la Parte Querellada:
                    Por Derecho Propio


Materia: Solicitud de Reinstalación

    Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re:**

Juan Carlos Grau Díaz                    TS-8527

RESOLUCION

San Juan, Puerto Rico, a 18 de enero de 2002.

Examinada la Moción Sometiendo Documento y Solicitando Reinstalación presentada por Juan Carlos Grau-Díaz, se ordena su reinstalación a la práctica de la profesión legal.

Se instruye a Grau-Díaz a tomar las medidas necesarias para atender el caso del Sr. Edgar Galarza Quiñónez y mantener a este Tribunal informado sobre ello.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente señor Andréu García no intervino.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina